Argued June 8, affirmed September 28, 1966
# STATE OF OREGON *v.* R. A. THOMAS
418 P. 2d 837

*Oscar D. Howlett,* Portland, argued the cause and filed a brief for appellant.

*Richard Smurthwaite,* Deputy District Attorney, Hillsboro, argued the cause for respondent. With him on the brief was Hollie Pihl, District Attorney, Hillsboro.

Before McALLISTER, Chief Justice, and PERRY, SLOAN, HOLMAN and LUSK, Justices.

LUSK, J.

The defendant has appealed from a judgment of conviction of the crime of being an exconvict in possession of a concealable firearm, to wit, a revolver.

The only assignment of error is to the court's denial of defendant's motion for a directed verdict of acquittal, based on the ground that there was no proof that the revolver was capable of being fired. In *State v. Cartwright,* this day decided, a case involving the same charge, we held that a pistol in apparently good condition is presumptively operable. That decision rules this case.

The judgment is affirmed.